UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ISRAEL PRAVIA and JOSE LUIS MIGONE

    Plaintiffs,
vs.

BLASA GROUP INC.,
    Defendant.
_____/

06-22775
CIV - KING

MAGISTRATE JUDGE GARBER

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, ISRAEL PRAVIA and JOSE LUIS MIGONE, and by and through undersigned counsel, hereby sue Defendant, BLASA GROUP INC., a Florida corporation, and states:

### JURISDICTION

1.    This is an action to recover for failure to pay overtime wages in violation of the Fair Labors Standards Act, as amended, 29 U.S.C. §201, et seq. (hereinafter referred to as the "FLSA").

2.    Jurisdiction is founded upon §216(b) of the FLSA, since the claims are brought pursuant to the FLSA to recover unpaid overtime wages, and additional equal amount in liquidated damages, and reasonable attorney's fees and costs.

### PARTIES

3.    At all times material hereto, Plaintiff, ISRAEL PRAVIA, was and is a resident of Miami-Dade County, Florida.

4.    At all times material hereto, Plaintiff, JOSE LUIS MIGONE, was and is a resident of Miami-Dade County, Florida.

5. At all times material hereto, Defendant, BLASA GROUP INC., was and is a Florida corporation with its principal place of business located in Miami-Dade County, Florida. Upon information and belief, Defendant owns and operates a produce company located at 12451 N.W. 7th Street, Miami, FL 33182.

6. Upon information and belief, Defendant, at all times material hereto, employed individuals who regularly were and are engaged in commerce and/or in the production of goods for commerce. Upon information and belief, Defendant, during all relevant times hereto, has had annual gross volume sales or business done of not less than $500,000.00. By reason of the foregoing, Defendant was and is an enterprise engaged in commerce or in the production of goods for commerce as defined by §203 (d) of the FLSA.

7. At all times material hereto, Defendant acted directly or indirectly in the interest of an employer in relation to Mr. Pravia and Mr. Migone. Therefore, Defendant is and has been an employer within the meaning of §203 (d) of the FLSA.

## GENERAL ALLEGATIONS

8. Defendant employed Mr. Pravia and Mr. Migone to work as warehouse workers at Defendants' place of business.

9. Mr. Pravia was employed by Defendant from approximately October, 2003 through May, 2006. During the period of his employment, Mr. Pravia was paid $8.00/hour.

10. Mr. Migone was employed by Defendant from approximately 2001 through 2006. During the period of his employment, Mr. Migone was paid $9.50/hour.

11. In the course of employment with Defendant, Mr. Pravia and Mr. Migone worked the number of hours required by Defendant, which hours regularly exceeded forty (40) hours per week. In this regard, Mr. Pravia generally was required to work and in fact

worked an approximate weekly average of 110 hours during his employment. Similarly, Mr. Migone generally was required to work and in fact worked an approximate weekly average of 65 hours during his employment.

12.  During those work weeks when they worked in excess of forty (40) hours per week, Mr. Pravia and Mr. Migone were not paid overtime in accordance with the requirements of the FLSA.

13.  Defendant employed Mr. Pravia and Mr. Migone and others similarly situated in the aforesaid enterprise for workweeks longer than forty (40) hours and willfully failed to compensate them overtime for hours worked in excess of forty (40) hours per week in violation of §207 of the FLSA.

14.  Attached as Exhibit "A" are the Notices of Consent executed by Mr. Pravia and Mr. Migone.

15.  Mr. Pravia and Mr. Migone have engaged undersigned counsel and agreed to pay the undersigned counsel's costs and reasonable attorney's fees incurred in the prosecution of this action.

16.  All conditions precedent to the filing of this action have occurred or have been performed or waived.

17.  Mr. Pravia and Mr. Migone demand trial by jury.

## COUNT I – RECOVERY OF OVERTIME COMPENSATION

18.  Mr. Pravia and Mr. Migone readopt and re-allege all allegations contained in paragraphs 1 though 17 above.

19.  Mr. Pravia and Mr. Migone were entitled to be paid by Defendant overtime for each hour they worked in excess of forty (40) hours per week. All others similarly

situated also are entitled to be paid overtime by Defendant for each hour worked in excess of forty (40) hours per week.

20. As a direct and proximate result of Defendant's deliberate and willful failure to pay overtime wages in accordance with the FLSA, Mr. Pravia and Mr. Migone suffered loss of wages, including unpaid compensation, and Mr. Pravia and Mr. Migone have had to incur costs and reasonable attorney's fees.

21. As a result of Defendant's willful violation of the FLSA, Mr. Pravia and Mr. Migone are entitled to liquidated damages.

WHEREFORE, Plaintiffs, ISRAEL PRAVIA and JOSE LUIS MIGONE, on behalf of themselves and all others similarly situated, demand judgment be entered against Defendant, BLASA GROUP INC., awarding unpaid overtime compensation, liquidated damages, costs and reasonable attorney's fees pursuant to §216 of the FLSA, and such other relief as is just and proper under the circumstances.

Respectfully submitted,

Abe Koss, P.A.
782 N.W. 42nd Avenue, Ste. 448
Miami, FL 33126
Tel. 305-443-4343
Counsel for Plaintiffs

By: _____
Mercedes D. Blason, Esq.
Florida Bar No.: 733091

## **NOTICE OF CONSENT**

I, JOSE LUIS MIGONE , hereby consent, in accordance with 29 U.S.C §216(b) of the Fair Labor Standards Act, to become a party plaintiff in this action against BLASA GROUP and to be represented by Abe Koss, Attorney at Law, P.A.

NAME: JOSE LUIS MIGONE
DATE:    JULY 6, 2006

## **NOTICE OF CONSENT**

I, ISRAEL PRAVIA, hereby consent, in accordance with 29 U.S.C §216(b) of the Fair Labor Standards Act, to become a party plaintiff in this action against BLASA GROUP and to be represented by Abe Koss, Attorney at Law, P.A.

NAME:     ISRAEL PRAVIA
DATE:     JULY 6, 2006

%JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
ISRAEL PRAVIA and JOSE LUIS MIGONE

**DEFENDANTS**
BLASA GROUP, INC.

06 - 22775

(b) County of Residence of First Listed Plaintiff  MIAMI-DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  MIAMI-DADE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

CIV - KING

(c) Attorney's (Firm Name, Address, and Telephone Number)
ABE KOSS, P.A., 782 NW 42nd AVENUE #448, MIAMI, FL 33126
(305) 443-4343

Attorneys (If Known)

MAGISTRATE JUDGE
GARBER

MIA-06 CV 22775 KING/BRB

(d) Check County Where Action Arose: ☑ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO
b) Related Cases ☐ YES ☑ NO
JUDGE
DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
710 PLAINTIFFS' ACTION TO RECOVER OVERTIME PAYMENT PURSUANT TO FLSA

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**
SIGNATURE OF ATTORNEY OF RECORD
DATE

FOR OFFICE USE ONLY
AMOUNT  350 —  RECEIPT # 949653  IFP