UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ISRAEL PRAVIA and JOSE LUIS MIGONE,   CASE NO. 06-22775-CIV-KING

       Plaintiffs,

vs.

BLASA GROUP, INC.,

       Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE cam upon before the Court upon a non-jury trial onFebruary 12, 2008. Upon the Court's findings of facts and conclusions of law, it is ORDERED AND ADJUDGED:

1. Judgement is hereby entered on behalf of Plaintiffs, Israel Pravia and Jose Luis Migone, against Defendant Blasa Group, Inc., who is found to not be entitled to the Motor Carrier Exemption.

2. Plaintiff Jose Luis Migone is entitled to overtime compensation, in the amount of $129.63 for the overtime hours which were proven at trial and are on the record.

3. Any remaining pending motion is hereby DENIED AS MOOT;

4.   The Court reserves jurisdiction to enter a separate judgment for costs and attorney's fees to the Plaintiffs as prevailing party

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of March, 2008.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   Eddy O. Marban, Esq.
Ocean Bank Building, Suite 350
782 N.W. LeJeune Road
Miami, Florida 33126
Telephone (305) 448-9292
Facsimile (305) 448-2788
E-mail: marban@bellsouth.net

Mercedes D. Blason, Esq.
ABE KOSS, P.A.
Ocean Bank Building, Suite 448
782 N.W. 42nd Avenue
Miami, Florida 33126
Telephone (305) 443-4343
Facsimile (305) 445-8830
E-mail: mblason@bellsouth.net